```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Chang Gao Fang

                      Plaintiff,

             -against-

Kai Hu and Hu's Acupuncture & Massage P.C. d.b.a Hu's
Pain Management & Wellness Center

                    Defendants.
-----------------------------------------------------------X

15-CV-5918

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Chang Gao Fang and Defendants Ho Kai Hu and Hu's Acupuncture & Massage P.C. d.b.a Hu's Pain Management & Wellness Center in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants.

LAW OFFICES OF YANG & PARTNERS

By: _____
Brian Shengjin Yang, Esq.
136-18 39th Avenue, Suite 703
Flushing, New York 11354
Tel: (718) 939-6066
*Attorneys for Plaintiff*
~~March 3,~~ May 2016

HANG & ASSOCIATES, PLLC

By: _____
Jian Hang, Esq.
136-18 39th Avenue, Suite 10003
Flushing, New York 11354
Tel: (718) 353-8588
*Attorneys for Defendants*
March/0th 2016

SO ORDERED.

_____   June 30, 2016
Paul G. Gardephe
U.S.D.J.